AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  DEES, HARRY C. | 2. Court or Organization  United States Bankruptcy Court | 3. Date of Report  04/30/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2012  to  12/31/2012 |

**7. Chambers or Office Address**

Robert K. Rodibaugh, U.S. Bankruptcy Courthouse
401 South Michigan Street
South Bend, IN 46601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, HARRY C. | 04/30/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, HARRY C. | 04/30/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, HARRY C. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Financial Corp; Terre Haute, IN | A | Dividend | J | T | | | | | |
| 2. USAA Federal Savings Bank | B | Int./Div. | L | T | | | | | |
| 3. Navy Mutual Aid, Interest Bearing Annuity | C | Int./Div. | K | T | Redeemed | 10/17/12 | K | A | |
| 4. USAA Cornerstone Strategy Mutual Fund | A | Int./Div. | K | T | | | | | |
| 5. USAA World Growth Mutual Fund | A | Int./Div. | K | T | | | | | |
| 6. TRUST #1 | | | | | | | | | |
| 7. -3M COMMON STOCK | A | Dividend | J | T | | | | | |
| 8. -ABBOTT LABS COMMON STOCK | A | Dividend | K | T | | | | | |
| 9. -ALTRIA GROUP COMMON STOCK | A | Dividend | J | T | | | | | |
| 10. -AMERICAN FUNDS 433 CAP W/G MUTUAL FUND | A | Dividend | J | T | | | | | |
| 11. -APACHE COMMON STOCK | A | Dividend | J | T | | | | | |
| 12. -AT & T COMMON STOCK | A | Dividend | J | T | | | | | |
| 13. -BAXTER INTERNATIONAL COMMON STOCK | A | Dividend | J | T | | | | | |
| 14. -CMS ENERGY COMMON STOCK | | None | J | T | Buy | 11/20/12 | J | | |
| 15. -CENTURYLINK COMMON STOCK | A | Dividend | J | T | Buy | 7/19/12 | J | | |
| 16. -CHESAPEAKE ENERGY COMMON STOCK | A | Dividend | | | Sold | 6/27/12 | J | A | |
| 17. -CHEVRON COMMON STOCK | A | Dividend | J | T | | | | | |

| | | |
|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 |
| | C =$2,501 - $5,000 | D =$5,001 - $15,000 |
| | E =$15,001 - $50,000 | F =$50,001 - $100,000 |
| | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 |
| | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 |
| | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 |
| | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) |
| | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other |
| | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, HARRY C. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐     NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -COLGATE PALMOLIVE COMMON STOCK | A | Dividend | J | T | | | | | |
| 19. -DANAHER COMMON STOCK | A | Dividend | J | T | | | | | |
| 20. -DOLLAR GENERAL COMMON STOCK | | None | J | T | Buy | 10/22/12 | J | | |
| 21. -DOMINION RESOURCES COMMON STOCK | A | Dividend | | | Sold | 11/20/12 | J | C | |
| 22. -ECOLAB COMMON STOCK | A | Dividend | J | T | | | | | |
| 23. -EVEREST RE GROUP COMMON STOCK | A | Dividend | J | T | | | | | |
| 24. -EXXON MOBIL COMMON STOCK | B | Dividend | K | T | | | | | |
| 25. -FIRST FINANCIAL COMMON STOCK | A | Dividend | K | T | | | | | |
| 26. -FORD MOTOR COMMON STOCK | A | Dividend | J | T | | | | | |
| 27. -GENERAL DYNAMICS COMMON STOCK | A | Dividend | J | T | | | | | |
| 28. -GENERAL ELECTRIC COMMON STOCK | A | Dividend | K | T | | | | | |
| 29. GENERAL MILLS COMMON STOCK | A | Dividend | J | T | Buy | 7/19/12 | J | | |
| 30. -HEWLETT PACKARD COMMON STOCK | A | Dividend | | | Sold | 11/20/12 | J | | |
| 31. -INTEL CORP COMMON STOCK | A | Dividend | J | T | Buy | 10/22/12 | J | | |
| 32. -INTEL CORP COMMON STOCK | | | | | Buy (add'l) | 11/20/12 | J | | |
| 33. -IBM COMMON STOCK | A | Dividend | K | T | | | | | |
| 34. -INVESCO LTD COMMON STOCK | | None | J | T | Buy | 11/20/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, HARRY C. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -JOHNSON- JOHNSON COMMON STOCK | A | Dividend | J | T | | | | | |
| 36. -KLA-TENCOR CORP COMMON STOCK | A | Dividend | J | T | Buy | 6/27/12 | J | | |
| 37. -LOWES COMMON STOCK | A | Dividend | J | T | | | | | |
| 38. -MCDONALDS CORP COMMON STOCK | A | Dividend | J | T | Buy | 6/27/12 | J | | |
| 39. -MEDTRONIC COMMON STOCK | A | Dividend | J | T | | | | | |
| 40. -MERCK COMMON STOCK | A | Dividend | J | T | | | | | |
| 41. -METLIFE INC COMMON STOCK | A | Dividend | J | T | Buy | 11/1/12 | J | | |
| 42. -MICROCHIP TECH COMMON STOCK | A | Dividend | J | T | | | | | |
| 43. -MICROSOFT COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 11/6/12 | J | | |
| 44. -NEXTERA ENERGY COMMON STOCK | A | Dividend | J | T | | | | | |
| 45. -NIKE COMMON STOCK | A | Dividend | J | T | Sold (part) | 11/20/12 | J | D | |
| 46. -PEPSICO COMMON STOCK | A | Dividend | | | Sold | 6/27/12 | J | B | |
| 47. -PHILLIP MORRIS COMMON STOCK | A | Dividend | J | T | | | | | |
| 48. -PRAXAIR COMMON STOCK | A | Dividend | J | T | | | | | |
| 49. -PROCTER & GAMBLE COMMON STOCK | A | Dividend | J | T | | | | | |
| 50. -QUALCOMM COMMON STOCK | A | Dividend | J | T | | | | | |
| 51. -ROYAL DUTCH SHELL PLC A SHARES FOREIGN EQUITY | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, HARRY C. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -SMUCKER J M COMMON STOCK | A | Dividend | K | T | | | | | |
| 53. -STAPLES COMMON STOCK | A | Dividend | | | Sold | 10/22/12 | J | | |
| 54. -TARGET COMMON STOCK | A | Dividend | J | T | | | | | |
| 55. -TEVA PHARMACEUTICALS FOREIGN EQUITY | A | Dividend | J | T | | | | | |
| 56. -TORONTO-DOMINION FOREIGN EQUITY | | None | J | T | Buy | 11/20/12 | J | | |
| 57. -UNITED TECHNOLOGIES COMMON STOCK | A | Dividend | J | T | | | | | |
| 58. -VANGUARD #51 ENERGY MUTUAL FUND | A | Dividend | J | T | | | | | |
| 59. -VERIZON COMMON STOCK | A | Dividend | J | T | | | | | |
| 60. -ALABAMA ST UNIV REV 3.75 DUE 03/01/2012 MUNI BOND | A | Interest | | | Matured | 3/1/12 | K | | |
| 61. -BARTHOLOMEW CNTY IN BLDG FAC 4.25 DUE 07/15/2016 MUNI BOND | B | Interest | K | T | | | | | |
| 62. -BOCA RATON FL 3.50 DUE 07/01/2014 MUNI BOND | A | Interest | K | T | | | | | |
| 63. -BROWNSBURG IN 1999 SCH BLDG 4.00 DUE 07/15/2019 MUNI BOND | B | Interest | L | T | | | | | |
| 64. -CENTRAL NINE IND CAREER CTR 4.00 DUE 07/15/15 MUNI BOND | B | Interest | L | T | | | | | |
| 65. -CROWN POINT IND MULTI SCH BLD 3.25 DUE 01/15/2013 MUNI BD | B | Interest | L | T | | | | | |
| 66. -DENTON TEX INDPT SCH DIST SCH 3.50 DUE 08/15/2016 MUNI BON | B | Interest | K | T | | | | | |
| 67. -E/CHICAGO IN MULTI SB 4.00 DUE 01/15/2015 MUNI BOND | B | Interest | L | T | | | | | |
| 68. -GREENCASTLE IN SCH 3.30 DUE 07/15/2014 MUNI BOND | | None | L | T | Buy | 9/28/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, HARRY C. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

| | NONE (No reportable income, assets, or transactions.) |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -GCS SCH BLDG CORP ONE IND 3.25 DUE 01/15/2013 MUNI BOND | A | Interest | K | T | | | | | |
| 70. -GREENVILLE SC PUB FCS 3.60 DUE 04/01/2013 MUNI BOND | B | Interest | L | T | | | | | |
| 71. -HAMILTON CO REDEV AUTH 3.55 DUE 08/01/2021 MUNI BD | A | Interest | K | T | Buy | 4/13/12 | K | | |
| 72. -HAMMOND IND MULTI SCH BLDG 4.00 DUE 01/15/2015 MUNI BOND | B | Interest | L | T | | | | | |
| 73. -INDIANA BOND BANK REV 3.50 DUE 02/01/2012 MUNI BOND | A | Interest | | | Matured | 2/1/12 | K | | |
| 74. -IND HSG & CMNTY DEV S/FMLY 3.95 DUE 01/01/2013 MUNI BOND | A | Interest | K | T | Redeemed (part) | 1/1/12 | J | | |
| 75. -IN ST FIN-DUKE ENERGY SER A2 3.375 DUE 01/01/15 MUNI BOND | B | Interest | L | T | | | | | |
| 76. -IN ST DEPAUW UNIV - B 4.50 DUE 07/01/2020/19 MUNI BOND | B | Interest | L | T | | | | | |
| 77. -IN ST FIN AUTHOR REV 3.25 DUE 09/01/2024 MUNI BOND | | None | K | T | Buy | 12/27/12 | L | | |
| 78. -IN ST FIN-ROSE HULMAN 1.60 DUE 06/01/2014 MUNI BOND | A | Interest | K | T | | | | | |
| 79. -IN ST UNIV REV HSG DIN SER A 4.00 DUE 04/01/2019 MUNI BOND | B | Interest | L | T | | | | | |
| 80. -IVY TECH CMNTY COLLEGE S/FEE 4.00 DUE 07/01/2016 MUNI BOND | A | Interest | K | T | | | | | |
| 81. -JACKSONVILLE FLA SALES TAX REV 3.00 DUE 10/01/2012 MUNI BD | C | Interest | | | Matured | 10/1/12 | L | A | |
| 82. -MARION CNTY FLA SCH BRD 5.00 DUE 06/01/2025/17 MUNI BOND | B | Interest | L | T | | | | | |
| 83. -MISS DEV WEST RANKIN UTIL 3.35 DUE 01/01/2015 MUNI BOND | B | Interest | L | T | | | | | |
| 84. -MONROE IND CENT SCH BLDG 4.00 DUE 07/15/2017 MUNI BOND | B | Interest | L | T | | | | | |
| 85. -NOBLESVILLE IN-HAZEL DELL 4.25 DUE 02/01/2014 MUNI BOND | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, HARRY C. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -NOBLESVILLE IN REDEV AUTH 4.75 DUE 02/01/2021 MUNI BOND | B | Interest | L | T | | | | | |
| 87. -NW ALLEN IND SCH BLDG CORP 4.00 DUE 01/15/2018 MUNI BOND | B | Interest | L | T | | | | | |
| 88. -PEORIA ARIZ MUN DEV AUTH 4.25 DUE 01/01/2020/18 MUNI BOND | B | Interest | L | T | | | | | |
| 89. -SAINT JOSEPH CNTY IN ECON 4.00 DUE 04/01/2023/20 MUNI BOND | B | Interest | L | T | | | | | |
| 90. -SHENANDOAH SCH BLDG 1.00 DUE 07/10/2015 MUNI BOND | | None | K | T | Buy | 3/14/12 | K | | |
| 91. -SOUTH BEND IN CMNTY SCH CORP 3.00 DUE 07/15/2013 MUNI BOND | B | Interest | L | T | | | | | |
| 92. -SOUTH BEND IN CMNTY SCH CORP 2.00 DUE 07/15/2013 MUNI BOND | A | Interest | L | T | | | | | |
| 93. -SOUTH CAROLINA HWY SER A 4.25 DUE 08/01/2017/15 MUNI BOND | B | Interest | L | T | | | | | |
| 94. -SOUTH MADISON IND CMNTY SBC 3.80 DUE 01/10/2016 MUNI BOND | B | Interest | L | T | | | | | |
| 95. -SPEEDWAY IN 1.75 DUE 07/15/2015 MUNI BOND | A | Interest | L | T | | | | | |
| 96. -SPENCER-OWEN FAC IMPT CORP 2.375 DUE 01/15/2014 MUNI BOND | A | Interest | K | T | | | | | |
| 97. -TERRE HAUTE IND SAN DIST 4.00 DUE 01/01/2016/13 MUNI BOND | B | Interest | L | T | | | | | |
| 98. -TERRE HAUTE IND SAN DIST 3.50 DUE 07/01/2014/12 MUNI BOND | C | Interest | | | Redeemed | 11/8/12 | L | A | |
| 99. -TERRE HAUTE IND SAN DIST 4.10 DUE 07/01/2019/15 MUNI BOND | B | Interest | L | T | | | | | |
| 100. -TEXAS WOMANS UNIV REF FIN 4.25 DUE 07/01/2017 MUNI BOND | B | Interest | L | T | | | | | |
| 101. -WALLINGFORD CT 4.00 DUE 3/15/2022/16 MUNI BOND | A | Interest | K | T | | | | | |
| 102. -WASHINGTON ST CTFS PARTN 4.125 DUE 01/01/2018 MUNI BOND | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, HARRY C. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -WASHINGTON DC CONV CTR AUTH 5.00 DUE 10/01/2026 MUNI BOND | B | Interest | L | T | | | | | |
| 104. -WASHINGTON MTR VEHICLE FUEL 5.00 DUE 07/01/2027/17 MUNI BD | B | Interest | L | T | | | | | |
| 105. -WESTFIELD IN H/SCHL 1995 BLDG 4.125 DUE 07/15/2021 MUNI BD | B | Interest | K | T | | | | | |
| 106. -YUMA ARIZ MUN PPTY CORP REV 5.00 DUE 07/01/2025/17 MUNI BD | B | Interest | L | T | | | | | |
| 107. -ZIONSVILLE IND REDEV AUTH 4.25 08/01/2020/18 MUNI BOND | B | Interest | L | T | | | | | |
| 108. -FEDERATED MONEY MARKET FUND (SEE NOTE IN PART VIII) | A | Dividend | | | | | | | |
| 109. -FIRST FINANCIAL BANK MONEY MARKET FUND | A | Interest | M | T | | | | | |
| 110. TRUST #2 | | | | | | | | | |
| 111. -ABBOTT LABS COMMON STOCK | A | Dividend | J | T | | | | | |
| 112. -ALLSTATE COMMON STOCK | A | Dividend | | | Sold | 10/22/12 | J | | |
| 113. -AT & T COMMON STOCK | A | Dividend | J | T | | | | | |
| 114. -BP P.L.C. FOREIGN EQUITY | A | Dividend | J | T | | | | | |
| 115. -BRISTOL MYERS SQUIBB COMON STOCK | A | Dividend | J | T | Buy | 7/19/12 | J | | |
| 116. -CEF UTILITIES SELECT COMMON STOCK | A | Dividend | J | T | | | | | |
| 117. -CENTURYLINK COMMON STOCK | A | Dividend | J | T | Buy | 7/19/12 | J | | |
| 118. -CHEVRON CORP COMMON STOCK | A | Dividend | J | T | Buy | 7/19/12 | J | | |
| 119. -COLGATE PALMOLIVE COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, HARRY C. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -DANAHER COMMON STOCK | A | Dividend | J | T | | | | | |
| 121. -DUKE ENERGY COMMON STOCK (SEE NOTE IN PART VIII) | A | Dividend | | | Merged (with line 122) | 7/10/12 | J | | |
| 122. -DUKE ENERGY CORP COMMON STOCK (SEE NOTE IN PART VIII) | A | Dividend | J | T | Sold (part) | 7/26/12 | J | A | |
| 123. -ECOLAB COMMON STOCK | A | Dividend | J | T | | | | | |
| 124. -EVEREST RE GROUP COMMON STOCK | A | Dividend | J | T | | | | | |
| 125. -FIRST FINANCIAL COMMON STOCK | A | Dividend | J | T | | | | | |
| 126. -GENERAL DYNAMICS COMMON STOCK | A | Dividend | J | T | | | | | |
| 127. -GENERAL ELECTRIC COMMON STOCK | A | Dividend | J | T | | | | | |
| 128. -GENERAL MILLS INC COMMON STOCK | A | Dividend | J | T | Buy | 7/19/12 | J | | |
| 129. -INTEL CORP COMMON STOCK | A | Dividend | J | T | Buy | 10/22/12 | J | | |
| 130. -INTEL CORP COMMON STOCK | | None | | | Buy (add'l) | 11/20/12 | J | | |
| 131. -IBM COMMON STOCK | A | Dividend | K | T | | | | | |
| 132. -INVESCO COMMON STOCK | A | Dividend | J | T | | | | | |
| 133. -JOHNSON-JOHNSON COMMON STOCK | A | Dividend | J | T | | | | | |
| 134. -LOWES COMMON STOCK | A | Dividend | J | T | | | | | |
| 135. -MARATHON OIL COMMON STOCK | A | Dividend | J | T | | | | | |
| 136. -MARATHON PETE COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, HARRY C. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -METLIFE INC COMMON STOCK | | None | J | T | Buy | 11/20/12 | J | | |
| 138. -MICROSOFT COMMON STOCK | A | Dividend | J | T | | | | | |
| 139. -NIKE COMMON STOCK | A | Dividend | K | T | | | | | |
| 140. -PEPSICO COMON STOCK | A | Dividend | J | T | | | | | |
| 141. -PFIZER INC COMMON STOCK | A | Dividend | J | T | Buy | 7/19/12 | J | | |
| 142. -PROCTOR & GAMBLE COMMON STOCK | A | Dividend | J | T | | | | | |
| 143. -TEVA PHARMACEUTICALS FOREIGN EQUITY | A | Dividend | J | T | | | | | |
| 144. -TORONTO-DOMINION FOREIGN EQUITY | | None | J | T | Buy | 11/20/12 | J | | |
| 145. -UNITED TECHNOLOGIES COMMON STOCK | A | Dividend | J | T | | | | | |
| 146. -ANDERSON IN ELEC UTIL REV 4.00 DUE 01/01/2018/13 MUNI BOND | B | Interest | L | T | | | | | |
| 147. -BROWN COUNTY WIS 3.75 DUE 11/01/2017/15 MUNI BOND | B | Interest | L | T | | | | | |
| 148. -BROWNSBURG IN 1999 SCH BLDG 4.15 DUE 03/15/2012 MUNI BOND | B | Interest | | | Matured | 3/15/12 | K | | |
| 149. -CROWN POINT IN MULTI SB CORP 3.50 DUE 01/15/2015 MUNI BOND | A | Interest | K | T | | | | | |
| 150. -DENTON TEX INDPT SCH DIST SCH 3.50 08/15/2016 MUNI BOND | A | Interest | K | T | | | | | |
| 151. -EAST ALLEN MULTI SCH BLDG 3.00 DUE 07/10/2018 MUNI BOND | B | Interest | L | T | | | | | |
| 152. -FRANKFORT IN WTRWKS REV 2.80 DUE 07/01/2015 MUNI BOND | B | Interest | L | T | | | | | |
| 153. -FORT WAYNE HOS REV PARKVIEW 5.00 DUE 11/15/2013/12 MUNI BD | B | Interest | | | Redeemed | 6/25/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, HARRY C. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -GREENCASTLE IN SCH 2.25 DUE 07/15/2021 MUNI BOND | A | Interest | K | T | Buy | 6/7/12 | K | | |
| 155. -GREENVILLE HOSP SYS 5.00 DUE 05/01/2025 MUNI BOND | A | Interest | J | T | | | | | |
| 156. -GREENWOOD CNTY SC HOSP 5.00 DUE 10/01/2023 MUNI BOND | A | Interest | | | Redeemed | 4/24/12 | J | | |
| 157. -GREENWOOD MIDWEST DISASTER 4.00 DUE 08/01/2017 MUNI BOND | B | Interest | K | T | | | | | |
| 158. -HAMILTON CO IN REDEV 3.55 DUE 08/01/2021 MUNI BOND | A | Interest | L | T | Buy | 4/13/12 | K | | |
| 159. -INDIANA BOND BANK REV 3.50 DUE 02/01/2012 MUNI BOND | A | Interest | | | Matured | 2/1/12 | K | | |
| 160. -IN ST FIN-ROSE HULMAN INST 1.60 DUE 06/01/2014 MUNI BOND | A | Interest | L | T | | | | | |
| 161. -IN ST UNIV REV HSG DIN SER A 3.50 DUE 04/01/2015 MUNI BOND | A | Interest | K | T | | | | | |
| 162. -KOKOMO CTR SCHOOL 3.20 DUE 07/15/2017 MUNI BOND | B | Interest | L | T | | | | | |
| 163. -LAKELAND IN SCH BLDG 3.00 DUE 07/15/2017 MUNI BOND | B | Interest | K | T | Redeemed (part) | 7/15/12 | J | | |
| 164. -MIAMI CNTY IN HLDG CORP 4.75 DUE 01/15/2018/17 MUNI BOND | B | Interest | L | T | | | | | |
| 165. -MUNCIE IN PUB LIBRARY 3.25 DUE 07/15/2014 MUNI BOND | B | Interest | L | T | | | | | |
| 166. -NEW CARLISLE OLIVE TWP 2.00 DUE 02/01/2014 MUNI BOND | A | Interest | L | T | | | | | |
| 167. -NINEVEH-HENSLEY-JACKSON SCHOOL 3.35 DUE 07/15/2016 MUNI BD | B | Interest | L | T | | | | | |
| 168. -NOBLESVILLE IN ECONOMIC DEV 3.00 DUE 08/01/2015 MUNI BOND | A | Interest | K | T | | | | | |
| 169. -PEOPRIA ARIZ MUN DEV AUTH 4.25 DUE 01/01/2020/18 MUNI BOND | B | Interest | L | T | | | | | |
| 170. -PORTER COUNTY IN PUBLIC LBRY 2.80 DUE 07/01/2013 MUNI BD | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DEES, HARRY C. | 04/30/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -SAINT JOHN IN SEW 1.90 DUE 01/01/2020 MUNI BOND | A | Interest | K | T | Buy | 2/6/12 | K | | |
| 172. -SOUTH BEND COMMUNITY SCHOOL 2.00 DUE 07/15/2013 MUNI BOND | A | Interest | L | T | | | | | |
| 173. -TERRE HAUTE IND SAN DIST 3.50 DUE 07/01/2014/12 MUNI BOND | B | Interest | | | Redeemed | 11/8/12 | K | A | |
| 174. -WACHOVIA BANK NA 5.60 DUE 03/15/2016 CORP BOND | C | Interest | L | T | | | | | |
| 175. -WASHINGTON DC CONV CTR AUTH 5.00 DUE 10/01/2026 MUNI BOND | B | Interest | L | T | | | | | |
| 176. -YUMA AZ MUN PPTY CORP REV 5.00 DUE 07/01/2025/17 MUNI BOND | B | Interest | L | T | | | | | |
| 177. -ZIONSVILLE CMNTY SCHL BLDG 4.00 DUE 01/10/2020 MUNI BOND | A | Interest | K | T | | | | | |
| 178. -FEDERATED MONEY MARKET FUND (SEE NOTE IN PART VIII) | A | Dividend | | | | | | | |
| 179. -FIRST FINANCIAL BANK MONEY MARKET FUND | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Line 38 - Microsoft Corporation - the additional purchase was added to holdings the account already owned from previous periods.

Part VII - Line 116 - Duke Energy (Holdings) Common Stock - (reported on line 105 of the 2011 report). There was a 1 for 3 reverse split of this stock on 7/9/12. On 7/10/12, all shares were then distributed into Duke Energy Corp. Common Stock (as reported on line 117 of the 2012 report).

Part VII - Line 117 - Duke Energy Corp. Common Stock - sale was from the fractional shares received as a result of the reverse split and distribution from the former Duke Energy (Holdings) Common Stock.

Part VII - Lines 103 & 173 - Federated Money Market Fund - earnings during the period on this fund are being reported. This fund had no market value on 12/31/12 in either Trust as the funds had been transferred into the First Financial Money Market Fund earlier in the reporting period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ HARRY C. DEES

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544